CANDICE L. FIELDS (No. 172174)
CANDICE FIELDS LAW, PC
400 Capitol Mall, Suite 1620
Sacramento, CA 95814
Tel: (916) 414-8050
Fax: (916) 790-9450
Email: cfields@candicefieldslaw.com


Attorney for Defendant
JASPREET PADDA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                 Plaintiff,<br><br>        v.<br><br>JASPREET PADDA,<br><br>                 Defendant. | Case No. 4:23-CR-000428 JST<br><br>REQUEST TO CONTINUE INITIAL APPEARANCE; [PROPOSED] ORDER |

Defendant Jaspreet Padda, by and through his attorney Candice L. Fields, requests to continue his Initial Appearance in the Northern District of California from December 26, 2023 to December 27, 2023, on the following grounds:

1.      On December 18, 2023, the defendant made an Initial Appearance in the Eastern District of California. *See* Minutes and text-only Order in Case No. 2:23-CR-00159-JDP (EDCA), ECF No. 1, attached hereto. At that appearance, the defendant was ordered to appear on December 26, 2023, for an Initial Appearance in the Northern District of California, at 10:30 a.m., before Judge Kang. *Id.* He was also ordered to be released. *See* Order for Release in Case No. 2:23-CR-00159-JDP (EDCA), ECF No. 3, attached hereto.

2.      On December 21, 2023, the Eastern District of California apparently transmitted its file to the Northern District of California – Oakland Courthouse. *See* Transmittal Letter in Case No. 2:23-CR-00159-JDP (EDCA), ECF No. 7, attached hereto. It is Counsel for defendant's understanding the Northern District of California has not received/processed the Rule 5 transfer documents as of 4:00 p.m. on Friday, December 22, 2023. (Monday, December 25, 2023 is a Court holiday.) The December 26, 2023 Initial Appearance does not appear on the Court's calendar as of this filing.

3.      In any event, the parties have agreed to request a stipulated continuance of the December 26, 2023 Initial Appearance to December 27, 2023 before Judge Kang.

4.      Counsel for defendant therefore requests that the Court find the following:

a)      Failure to grant a continuance would unreasonably deny the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. *See* 18 U.S.C. §3161(h)(7)(B)(iv).

5.      Nothing in this request and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

6.      Counsel for defendant stipulates, and anticipates that counsel for the government will stipulate, that the hearing may be further continued by Court order if the transmittal file is not processed by the Clerk's Office for the Northern District of California before December 27, 2023.

Dated:  December 22, 2023                    Candice Fields Law, PC

/s/ Candice L. Fields
Candice L. Fields
Attorney for Defendant
Jaspreet Padda

# [PROPOSED] ORDER

Based upon the facts set forth in the request of defendant, and for good cause shown, the Court finds that failing to exclude the time from December 26, 2023 through December 27, 2023, would a) unreasonably deny defense counsel and the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. §3161(h)(7)(B)(iv). The Court further finds that the ends of justice served by excluding the time from December 26, 2023, through December 27, 2023, from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial. Therefore, IT IS HEREBY ORDERED that the time from December 26, 2023, through December 27, 2023, shall be excluded from computation under the Speedy Trial Act, and the Initial Appearance in this matter is continued to December 27, 2023, at 10:30 a.m., before Judge Kang.

DATED: _____

_____
HON. PETER H. KANG
United States Magistrate Judge

CLOSED

# U.S. District Court
## Eastern District of California - Live System (Sacramento)
## CRIMINAL DOCKET FOR CASE #: 2:23-mj-00159-JDP-1

Case title: USA v. Padda

Date Filed: 12/18/2023

Date Terminated: 12/19/2023

Assigned to: Magistrate Judge Jeremy D. Peterson

**Defendant (1)**

**Jaspreet Padda**
*TERMINATED: 12/19/2023*

represented by **Candice L. Fields**
Candice Fields Law
400 Capitol Mall
Suite 1620
Sacramento, CA 95814
916-414-8050
Fax: 916-790-9450
Email: cfields@candicefieldslaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Pending Counts**

None

**Disposition**

**Highest Offense Level (Opening)**

None

**Terminated Counts**

None

**Disposition**

**Highest Offense Level (Terminated)**

None

**Complaints**

RULE 5(c)(3)

**Disposition**

**Plaintiff**

USA

represented by **Jessica Louise Delaney , GOVT**
DOJ-USAO
501 I Street
Ste 10-100
Sacramento, CA 95814
916-554-2785
Email: jessica.delaney2@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Assistant US Attorney*

| Date Filed | # | Docket Text |
|---|---|---|
| 12/18/2023 | | RULE 5(c)(3) ARREST from Northern District of California (Oakland). Case CR-23-0428-JST as to Jaspreet Padda (1). (Cannarozzi, N) (Entered: 12/18/2023) |
| 12/18/2023 | 1 | MINUTES (Text Only) for INITIAL APPEARANCE in RULE 5(c)(3) PROCEEDINGS and DETENTION HEARING as to Jaspreet Padda held on 12/18/2023 before Magistrate Judge Jeremy D. Peterson: All parties present and appearing in person. Ms. Fields made her appearance as retained counsel for the deft. The court advised the deft of his rights and the pending charges. A not guilty plea was entered with a jury trial demand. The deft waived his right to an ID hearing. The govt did not move for detention, however requested a $100,000.00 secured cash bond be posted. Discussion heard regarding the bond. After consideration and for the reasons as stated on the record, the court ordered the deft to be released on a $100,000.00 cash bond and under conditions. The govt did not object to the deft being released forthwith pending the posting of the cash bond. So ordered. The court ordered the deft to appear on 12/26/2023 at 10:30 a.m. before Magistrate Judge Peter H. Kang, Courtroom F, 450 Golden Gate Ave., San Francisco, CA 94102. The court instructed government counsel under Rule 5(f) to comply with its disclosure obligations under *Brady v. Maryland*. Government Counsel: Jessica Delaney present. Defense Counsel: Candice Fields present. Custody Status: in custody. Court Reporter/CD Number: Jenny Wood, ECRO. (Cannarozzi, N) (Entered: 12/18/2023) |
| 12/18/2023 | 2 | ORDER (TEXT ONLY) as to Defendant Jaspreet Padda signed by Magistrate Judge Jeremy D. Peterson on 12/18/2023: Under Federal Rule of Criminal Procedure 5(f), the government is ordered to comply with its discovery obligations as required by federal law, including those duties imposed by Brady v. Maryland, 373 U.S. 83 (1963), and all applicable decisions interpreting Brady. This order does not relieve any party of any discovery obligation. The consequences for violating this order or the government's obligations under Brady may include sanctions, referral to a disciplinary authority, adverse jury instruction, exclusion of evidence, and dismissal of charges, among other consequences. (Cannarozzi, N) (Entered: 12/18/2023) |
| 12/18/2023 | 3 | ORDER FOR RELEASE OF PERSON IN CUSTODY signed by Magistrate Judge Jeremy D. Peterson on 12/18/2023 as to Jaspreet Padda. (Cannarozzi, N) (Entered: 12/18/2023) |
| 12/18/2023 | 4 | SPECIAL CONDITIONS of RELEASE as to Jaspreet Padda. (Cannarozzi, N) (Entered: 12/19/2023) |

| 12/18/2023 | 5 | APPEARANCE BOND SECURED as to Jaspreet Padda in amount of $ 100,000.00. (Nair, C) (Entered: 12/20/2023) |
|---|---|---|
| 12/18/2023 | 6 | NOTICE to DEFENDANT BEING RELEASED as to Jaspreet Padda. (Nair, C) (Entered: 12/20/2023) |
| 12/21/2023 | 7 | TRANSMITTAL of DOCUMENTS re 3 Order for Release of Person in Custody on *12/18/2023* to * United States District Court* *Northern District of Califorina* *1301 Clay Street, Suite 400S* *Oakland, CA 94612*. *Electronic Documents: 1 to 6 * (Nair, C) (Entered: 12/21/2023) |

| PACER Service Center | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 12/22/2023 15:45:22 | | | |
| **PACER Login:** | candicefields | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 2:23-mj-00159-JDP |
| **Billable Pages:** | 3 | **Cost:** | 0.30 |
| **Exempt flag:** | Not Exempt | **Exempt reason:** | Not Exempt |

<div style="border:1px solid black; float:right;">

**FILED**

December 18, 2023

**CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA**

</div>

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

   Plaintiff,

v.

JASPREET PADDA,

   Defendant.

Case No.  2:23-mj-00159-JDP

**ORDER FOR RELEASE OF
PERSON IN CUSTODY**

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release  JASPREET PADDA,

Case No.  2:23-mj-00159-JDP, Charge 18 U.S.C. § 371, from custody for the following

reasons:

  \_\_\_\_\_ Release on Personal Recognizance

  X  Bail Posted in the Sum of $ 100,000.00. _____

    _____ Unsecured Appearance Bond $ _____

    _____ Appearance Bond with 10% Deposit

    X  Appearance Bond with Surety

    _____ Corporate Surety Bail Bond

    (Other): The defendant is ordered to appear on 12/26/2023 at 10:30

   X a.m. before Magistrate Judge Peter H. Kang, Courtroom F, 450

    Golden Gate Ave., San Francisco, CA 94102.

Sacramento County Jail is further ORDERED to release the defendant with a

 X  30-day supply of any medications the defendant is receiving from the jail.

Issued at Sacramento, California on December 18, 2023 at 2:45 p.m.

     By: _____

      Magistrate Judge Jeremy D. Peterson

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

**OFFICE OF THE CLERK**
**501 "I" Street**
**Sacramento, CA 95814**

**December 21, 2023**

United States District Court
Northern District of Califorina
1301 Clay Street, Suite 400S
Oakland, CA 94612

RE:         **USA vs. JASPREET PADDA**
USDC No.:    **2:23-MJ-00159-JDP**

Dear Clerk,

Pursuant to the order transferring the above captioned case to your court, dated December 18, 2023 , transmitted herewith are the following documents:

**Electronic Documents: 1 to 6**

Documents maintained electronically by the district court are accessible through PACER for the Eastern District of California at **https://ecf.caed.uscourts.gov**.

Please <u>acknowledge</u> receipt on the extra copy of this letter and return to the Clerk's Office.

Thank you,

/s/ **C. Nair**
_____
Deputy Clerk

DATE RECEIVED:    _____

RECEIVED BY:    _____
                                *(Print Name)*

NEW CASE NUMBER:    _____