TIMOTHY P. CRUDO (State Bar No. 143835)
MARCIA VALADEZ VALENTE (State Bar No. 321852)
ALEXANDER W. PREVE (State Bar No. 335431)
COBLENTZ PATCH DUFFY & BASS LLP
One Montgomery Street, Suite 3000
San Francisco, California  94104-5500
Telephone: 415.391.4800
Facsimile:  415.989.1663
Email:      ef-tpc@cpdb.com
            ef-mvv@cpdb.com
            ef-awp@cpdb.com

Attorneys for Defendant
JASBIR S. THANDI

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>JASBIR S. THANDI,<br><br>  Defendant. | Case No. 4:23-CR-00428-JST<br><br>**DECLARATION OF TIMOTHY P. CRUDO IN SUPPORT OF JASBIR S. THANDI'S REQUEST FOR APPOINTMENT OF COUNSEL**<br><br>**REDACTED**<br><br>Trial Date:  None Set |

**REDACTED**

020071.0001 4854-3611-1270.2

Case No. 4:23-CR-00428-JST

COBLENTZ PATCH DUFFY & BASS LLP
One Montgomery Street, Suite 3000, San Francisco, California 94104-5500
415.391.4800 · Fax 415.989.1663

**DECLARATION OF TIMOTHY P. CRUDO**

I, Timothy P. Crudo, declare as follows:

1.      I am an attorney licensed to practice law in the State of California.  I am a partner at the law firm of Coblentz Patch Duffy & Bass LLP, attorneys of record for Defendant Jasbir S. Thandi.  Except where otherwise stated, I have personal knowledge of the facts set forth herein, and if called to testify as a witness thereto, could do so competently under oath.  I submit this declaration in support of Mr. Thandi's Request for Appointment of Counsel.

2.    REDACTED

3.    REDACTED

4.    REDACTED

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 16th day of February, 2024, at San Francisco, California.

_____
Timothy P. Crudo

**DECLARATION OF TIMOTHY P. CRUDO**
**IN SUPPORT OF JASBIR S. THANDI'S REQUEST FOR APPOINTMENT OF COUNSEL**

One Montgomery Street, Suite 3000, San Francisco, California 94104-5500
415.391.4800 · Fax 415.989.1663

Coblentz Patch Duffy & Bass LLP