# EXHIBIT 1

ENTIRE EXHIBIT FILED UNDER SEAL
AND REDACTED IN FULL

**EXHIBIT 1**