MIRANDA KANE (CA Bar No. 150630)
JORDAN DICKSON (CA Bar No. 324406)
CONRAD | METLITZKY | KANE LLP
217 Leidesdorff Street
San Francisco, CA 94111
Telephone: (415) 343-7100
Facsimile: (415) 343-7101
Email: mkane@conmetkane.com
Email: jdickson@conmetkane.com

Attorneys for Defendant Sandeep Sahota

CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney
JEFF MITCHELL (CABN 236225)
Chief, Criminal Division
DAVID J. WARD (CABN 239504)
EVAN MATEER (CABN 326848)
Assistant United States Attorney
1301 Clay Street, Suite 340S
Oakland, California 94612
Telephone: (510) 637-3680
Facsimile: (510) 637-3724
Email: david.ward@usdoj.gov
Email: evan.mateer@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>SANDEEP SAHOTA,<br><br>Defendant. | CASE NO. 23-CR-0428-JST<br><br>**JOINT STIPULATION CONCERNING PRE-JUDGMENT PAYMENT OF RESTITUTION** ; ORDER |

Sandeep Sahota and the United States, by and through counsel, hereby stipulate and agree as follows:

1. Mr. Sahota has pleaded guilty to Counts One and Eight in the Superseding Indictment in the above-captioned matter. Dkt. No. 110.

2. Mr. Sahota's co-defendant, Jasbir Thandi, pleaded guilty to Counts One and Two of an Information charging him with engaging in the same schemes as charged in the Superseding Indictment. Dkt. No. 125.

3. Mr. Thandi has agreed to pay $7,550,807 in restitution at least 30 days before sentencing. Dkt. No. 129 ¶ 9. Mr. Sahota has also agreed to pay restitution as part of his Plea Agreement, although he has no obligation to make a payment in advance of sentencing. Dkt. No. 110.

4. On September 24, 2026, the Court order that the Clerk of Court for the Northern District of California accept and hold funds from Defendant Thandi totaling $7,550,807 pending further order of the Court. Dkt No. 252.

5. Prior to the original Indictment in this matter, Mr. Thandi created White Mountain LLC? for the sole purpose of holding title to the building at 2575 Collier Canyon Road in Livermore, California where Global Century Insurance Brokers, Inc. was located. (hereinafter "Collier Canyon") Mr. Thandi transferred ownership of White Mountain LLC to his sons before the Collier Canyon was sold. In late 2022, Mr. Thandi's sons wired the proceeds of the Collier Canyon sale into a bank account for Hare & Archer LLC, a foreign corporation controlled by Mr. Sahota, at Capital Security Bank Ltd. in the Cook Islands (the "Account"). Mr. Sahota is the sole signatory on the Account.

6. As of the date of preparing this filing, the Account holds approximately $3,619,593.01.

7. Mr. Sahota and the United States (the "Parties") agree that the funds in the Account should be used to pay restitution, pursuant to Title 18, United States Code, Section 3663A. The Parties further agree that Mr. Sahota should be permitted to transfer the funds in the account to the Clerk of the Court for the Northern District of California for that purpose.

8. The Parties agree that the Court should order Mr. Sahota to transfer the balance in the Account to the Clerk of the Court as restitution in the above referenced matter. Further, the Court should

direct the Clerk of Court to accept an international wire from the Account, in addition to the check or money order referenced in the September 24, 2026 Order. The wired funds, including interest earned thereon should be held in the Clerk's Registry pending further order of the Court.

Undersigned counsel has provided government counsel with the opportunity to review this Stipulation and Proposed Order and has permission to file on their behalf.

**IT IS SO STIPULATED.**

DATED: October 14, 2026

Respectfully submitted,

CONRAD | METLITZKY | KANE LLP

*/s/ Miranda Kane*
MIRANDA KANE
JORDAN DICSKON

Attorneys for Defendant Sandeep Sahota

DATED: October 14, 2026

*/s/ David Ward*
DAVID WARD
EVAN MATEER

Assistant United States Attorneys

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>SANDEEP SAHOTA,<br>Defendants. | CASE NO. 23-CR-0428-JST<br>**[~~PROPOSED~~] ORDER CONCERNING PRE-JUDGMENT PAYMENT OF RESTITUTION** |

Pursuant to the parties' joint stipulation, and for good cause shown,

IT IS HEREBY ORDERED that the funds in the bank account for Hare & Archer LLC, a foreign corporation, at Capital Security Bank Ltd. in the Cook Islands should be used to pay restitution.

IT IS FURTHER ORDERED that Sandeep Sahota, who is the account holder for the Hare & Archer account, shall immediately transfer the totality of the funds in that account to the Clerk of the Court for the Northern District of California.

//

//

//

//

//

IT IS FURTHER ORDERED that the Clerk of the Court shall accept any funds delivered via international wire transfer and/or check, including the Hare & Archer LLC account funds, that are designated under the case number 23-CR-0428-JST and maintain such funds in the Clerk's Registry, including interest earned thereon, pending any further order of the Court.

**IT IS SO ORDERED.**

Dated: October 15, 2026

HON. JON S. TIGAR
United States District Judge