# Exhibit J

August 4, 2026

The Honorable Jon S. Tigar
United States District Judge
United States District Court, Northern District of California
1301 Clay Street
Oakland, CA 94612

**Re:** Sentencing of Sandeep S Sahota

Dear Judge Tigar:

Through this letter I would like you to know about me. For most of my career, I sold insurance to truck drivers and trucking companies. A driver who buys a policy is making a bet that, if something goes wrong on the road, the company named on insurance document will be there. I was an officer of one of those companies; Global Hawk Risk Retention Group (Global Hawk) and I helped file records with our regulators that I knew overstated what the company actually had. I broke that bet for people who had no way of knowing it was broken.

I served as vice president and secretary of Global Hawk. Beginning in 2018, I took part in preparing and submitting financial records to our regulators in Vermont for Global Hawk and Texas for Houston General Ins. Co (HGI) that I knew made the company look stronger than it was. I signed statements under oath that were not true. I pleaded guilty to conspiracy to commit insurance fraud because I am guilty.

The people who paid the real price for what I did were the truck drivers, small trucking companies, claimants and finance companies who experienced loss when Global Hawk and HGI was liquidated. They were the claimants and creditors left holding losses that were never theirs to carry. They were my coworkers and staff members who I cared for a lot and who lost their jobs when the company collapsed. I spent my career telling clients that insurance exists, so an ordinary person is not ruined by one bad day. I then took part in conduct that did the opposite to people who trusted us.

When Global Hawk faced serious financial trouble, I worried that the truth would collapse the company and cost everyone, including me, their livelihood. Jasbir Thandi ran the company and its managing brokerage, but I chose to follow his instructions rather than refuse or report them. I had the chance to say no and walk away but I got influenced and went ahead with it instead, and that decision/action belongs to me.

**My Background**

I come from a family that values hard work and education. I earned a bachelor's degree and a master's degree in commerce before moving to the Bay Area in November of 1999 from India, and I enrolled into an MBA program at San Francisco State University in 2000. I then spent sixteen years at Global Century Insurance Brokers, the brokerage that managed Global Hawk RRG, and in time I became an officer of Global Hawk itself. The career I damaged in this case is the only one I have ever had.

I am the primary income earner for my wife and our three children, ages 17, 14, and 12, and I help support my parents; my dad is 82 who has a heart condition and my mom is 80. They live with us and whose health requires daily care even to the point while I write this, I had to take my dad to Orthopedics for his foot injury. Whatever this Court decides, my family will carry part of it too. I know that is true in every case that comes before you, not just mine.

This case has taken a toll on my health. I have high blood pressure, arthritis, and anxiety that I did not have before this began, and I carry the strain of it every day. I am in counseling now, and I meet regularly with a psychiatrist. I should have gotten that help years ago. I am getting it now.

This process has impacted me financially and emotionally. I had to take personal loans and max out the Heloc against our house to pay for the legal fees. Emotionally devastated, it impacted me and my family hard as when the news of my arrest circulated on social media in our community and to our friends and family, my wife and I confined ourselves for good 6 months to our house and did not attend any social gatherings, meet friends or attend any family gatherings. I felt shameful of my actions and the shame I have brought to my family who was also dealing with and struggling to cope with my actions to face the people we know in our community, friends and family. We would go to our (local) Gurdwara at times when we knew there would be no one there as I felt embarrassed to face the people who entrusted me and valued me as an individual who takes pride in his work and actions. My kids who were at a much younger age were traumatized when the Fed’s came to arrest me, they were armed and frightened of my kids who were asleep (in the early morning). Till this day my youngest who was 9 yrs old at the time still has a nightmare and asks me if they will come again to arrest me.

For many years, including the time since I was charged, I have coached youth soccer (before and after). As a devoted follower of Sikh religion, I regularly perform seva, our tradition of selfless service, at my Gurdwara. I am a member of and donor to Sahaita, a Bay Area nonprofit that supports underprivileged and orphaned children. I have spoken and mentored the undergraduate students at Stanford about starting their careers in insurance and risk management. I volunteer at my children's schools on an ongoing and as needed basis. None of this can replace the harm I caused. I offer it so the Court knows the person I have been and intend to keep being.

I have been cooperating with the government/AUSA and have had multiple proffers with them sharing my insight and knowledge about the event and the subsequent actions. Professionally I am

a much better person who makes well thought out decisions which are in compliance with rules and regulations as opposed to blindly following someone else's orders or wishes. I am focused, calm, well balanced and composed making my decisions.

I intend to pay restitution in full. I will dedicate my income to whatever schedule this Court sets. I am not asking the Court to take my word for that alone. I am asking it to hold me to it, and to leave me able to work so that I can repair the damage I caused.

I am not asking you to excuse what I did. The people who trusted Global Hawk and HGI deserved honest numbers, and I did not give them that. I am asking you to sentence the whole person in front of you: someone with no prior record of any kind, who has supported his family and his community for twenty-six years, and who is prepared to spend whatever time this Court imposes making that harm right. Thank you for your time and your consideration.

Respectfully,

Sandeep Singh Sahota