UNITED STATES DISTRICT COURT
NORTHERN DISTRICT of CALIFORNIA

*CRIMINAL MINUTES*

Judge: Jon S. Tigar
Time in Court: 1 hour, 23 minutes
Date: November 6, 2026
Case No.: **4:23-cr-00428-JST-2**

**United States of America** v. **Sandeep Sahota**

Defendant
☑ Present
☐ Not Present
☐ In Custody

Evan Mateer; David Ward
U. S. Attorney

Jordan Dickson; Miranda Kane
Defense Counsel

Courtroom Deputy Clerk: Dianna Shoblo

Court Reporter: Stephen Franklin
via zoom

*PROCEEDINGS*

Sentencing Hearing – Held.

*RESULT OF HEARING*

1. Victim Elizabeth Spellman addresses the Court.
2. The Defendant's bank transfer is under review by the bank compliance team.
3. The Defendant addresses the Court.
4. The Defendant is committed to the custody of the Bureau of Prisons for a term of 30 months as to Count One and Count Eight of the Superseding Indictment filed 08/16/2024 to be served concurrently; 2 years of supervised release, with the standard and special conditions as set forth on the record. The Defendant shall pay a special assessment in the amount of $200.00. Fine is waived. Restitution order previously issued.
5. Court informs the Defendant of his appellate rights.
6. Defendant to self-surrender on Wednesday, 02/03/2027 by 5:00PM to his designated facility or to the United States Marshal's Office by that date and time.
7. The Court recommends to the Bureau of Prisons that the Defendant be designated to the Atwater, Ca facility to maintain contact with his wife, senior parents and minor children.