CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney

JEFF MITCHELL (CABN 236225)
Chief, Criminal Division

DAVID J. WARD (CABN 239504)
EVAN MATEER (CABN 326848)
Assistant United States Attorney

1301 Clay Street, Suite 340S
Oakland, California 94612
Telephone: (510) 637-3680
FAX: (510) 637-3724
david.ward@usdoj.gov
evan.mateer@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JASBIR THANDI,<br><br>Defendant. | No. 23-CR-00428 JST<br><br>**STIPULATION AND [PROPOSED ORDER] RE; COMPETENCY PROCEEDGINS AND FINANCIAL DISCLOSURE** |

On July 18, 2025, Defendant Jasbir Thandi pled guilty to two counts of conspiracy to commit insurance fraud, in violation of 18 U.S.C. § 371. *Dkt. 129.* Sentencing was set for November 6, 2026. *Dkt. 244.* As part of his Plea Agreement, Thandi agreed to make an initial restitution payment of $7,550,807 "no later than 30 days before sentencing." *Dkt. 129*, ¶ 9. On October 6, 2026, counsel for the Thandi informed the government that, based on an expert opinion, he believed Thandi was not competent to be sentenced and had not been competent to enter a plea agreement. On October 16, 2026, the government moved to vacate the sentencing hearing and asked that a status conference be set. *Dkt.*

*258*. On October 29, 2026, the Court granted the government's motion and directed the parties to meet and confer on various scheduling matters. *Dkt 255*. The parties therefore respectfully submit this stipulation.

The parties stipulate and agree that the schedule for competency proceedings shall be as follows:

- January 22, 2027 – Defense to file motion to establish competency
- February 5, 2027 – Government to file response or opposition
- February 19, 2027 – Defense to file reply
- March 5, 2027 at 2:00 PM – Competency Hearing

The parties further stipulate and agree that Thandi shall make a financial disclosure to the government and the United States Probation Office not later than February 1, 2027.

Because the parties have agreed to all outstanding scheduling matters, the parties no longer believe that a status conference is necessary at this time. The parties therefore stipulate and agree that the status conference set for November 20, 2026 should be vacated by the Court.

IT IS SO STIPULATED.

DATE: November 13, 2026

/s/
DAVID J. WARD
EVAN MATEER
Assistant United States Attorneys

DATE: November 13, 2026

/s/
JOSHUA LOWTHER
Attorney for Defendant Jasbir Thandi

**[PROPOSED] ORDER**

For good cause shown, the Court enters the following deadlines:

- January 22, 2027 – Defense to file motion to establish competency
- February 1, 2027 – Defense to produce financial disclosure to government and US Probation.
- February 5, 2027 – Government to file response or opposition

- February 19, 2027 – Defense Reply

This matter is set for a competency hearing on March 5, 2027 at 2:00 PM. The status conference set for November 20, 2026 is VACATED.

**IT IS SO ORDERED.**

______________________________
HON. JON S. TIGAR
United States District Judge