CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney

JEFF MITCHELL (CABN 236225)
Chief, Criminal Division

EVAN M. MATEER (CABN 326848)
DAVID WARD (CABN 239504)
Assistant United States Attorneys

1301 Clay Street, Suite 340S
Oakland, California 94612
Telephone: (510) 637-3680
FAX: (510) 637-3724
Evan.mateer@usdoj.gov
David.ward@usdoj.gov

Attorney for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>SANDEEP SAHOTA,<br><br>Defendant. | CASE NO. 4:23-CR-00428-JST-2<br><br>NOTICE OF DISMISSAL; ORDER |

On November 6, 2026, the Court held a sentencing hearing for Defendant Sandeep Sahota. With leave of the Court, and pursuant to the plea agreement in this matter, the United States Attorney for the Northern District of California dismisses Counts Two, Three, Nine, and Ten of the Superseding Indictment (Dkt. 70) as to Defendant Sandeep Sahota.

DATED: November 12, 2026

Respectfully submitted,

CRAIG H. MISSAKIAN
United States Attorney

*/s/ Evan M. Mateer*
EVAN M. MATEER
DAVID J. WARD

Assistant United States Attorneys

Leave is granted to the government to dismiss Counts Two, Three, Nine, and Ten of the Superseding Indictment as to Sandeep Sahota

Date: November 13, 2026

HON. JON S. TIGAR
United States District Judge