MIRANDA KANE (CA Bar No. 150630)
JORDAN DICKSON (CA Bar No. 324406)
**CONRAD | METLITZKY | KANE LLP**
217 Leidesdorff Street
San Francisco, CA 94111
Telephone: (415) 343-7100
Facsimile: (415) 343-7101
Email: mkane@conmetkane.com
Email: jdickson@conmetkane.com

Attorneys for Defendant Sandeep Sahota

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

UNITED STATES OF AMERICA,

Plaintiff,

v.

SANDEEP SAHOTA,

Defendant.

CASE NO. 23-CR-0428-JST

**STIPULATION AND [PROPOSED] ORDER TO MODIFY CONDITIONS OF PRE-TRIAL RELEASE**

On December 18, 2023, Magistrate Judge Tse placed Defendant Sandeep Sahota on pretrial release with various conditions, including that his travel be restricted to the Northern District of California. ECF No. 7. On January 11, 2024, Chief Magistrate Judge Ryu granted Mr. Sahota's unopposed request to expand his travel condition to permit travel within the entire state of California. ECF No. 28. On June 25, 2024, Chief Magistrate Judge Ryu granted Mr. Sahota's unopposed request to modify his travel conditions so that he could travel to Arizona and Nevada with advance permission from Pretrial Services. ECF No. 67. On August 21, 2024, Chief Magistrate Judge Ryu granted Mr. Sahota's unopposed request to allow him to travel to Oregon from September 6–8, 2024 for a family wedding. ECF No. 72. On September, 2, 2025, Judge Tigar granted Mr. Sahota's unopposed request to allow him to travel to Washington for a family wedding. ECF No. 143. On June 9, 2026, Magistrate Judge Cisneros granted Mr. Sahota's unopposed request to travel to Florida to attend his son's volleyball tournament. ECF No. 223.

On November 6, 2026, Judge Tigar sentenced Mr. Sahota to a term of 30 months incarceration. ECF No. 269. Judge Tigar has permitted Mr. Sahota to remain on pretrial release with the same conditions until his ordered surrender date of February 3, 2027. *Id.*

Mr. Sahota now requests that the Court temporarily modify his release conditions to allow Mr. Sahota to travel to Atlanta, Georgia, from November 19–23, 2026, to attend his son's volleyball tournament. Mr. Sahota has provided his complete air travel and trip itinerary to Pretrial Services in advance. Neither Mr. Sahota's pretrial services officer nor the government object to Mr. Sahota's travel request.

Undersigned counsel has provided AUSA's Ward and Mateer with the opportunity to review this Stipulation and Proposed Order and has their permission to file on their behalf.

**IT IS SO STIPULATED.**

DATED: November 17, 2026

Respectfully submitted,

CONRAD | METLITZKY | KANE LLP

*/s/ Miranda Kane*
MIRANDA KANE
JORDAN DICKSON

Attorneys for Defendant Sandeep Sahota

DATED: November 17, 2026

*/s/ Evan Mateer*
DAVID J. WARD
EVAN MATEER

Assistant United States Attorneys

**[PROPOSED] ORDER**

GOOD CAUSE BEING SHOWN and pursuant to the parties' stipulation, it is hereby ordered that Defendant's conditions of release shall be temporarily modified to allow travel to Atlanta, Georgia from November 19–23, 2026. All other conditions are to remain unchanged.

IT IS SO ORDERED.

Dated: ______________________________

______________________________
The Honorable Kandis A. Westmore
United States Magistrate Judge