MIRANDA KANE (CA Bar No. 150630)
JORDAN DICKSON (CA Bar No. 324406)
CONRAD | METLITZKY | KANE LLP
217 Leidesdorff Street
San Francisco, CA 94111
Telephone: (415) 343-7100
Facsimile: (415) 343-7101
Email: mkane@conmetkane.com
Email: jdickson@conmetkane.com

Attorneys for Defendant Sandeep Sahota

CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney
JEFF MITCHELL (CABN 236225)
Chief, Criminal Division
DAVID J. WARD (CABN 239504)
EVAN MATEER (CABN 326848)
Assistant United States Attorney
1301 Clay Street, Suite 340S
Oakland, California 94612
Telephone: (510) 637-3680
FAX: (510) 637-3724
david.ward@usdoj.gov
evan.mateer@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>SANDEEP SAHOTA,<br><br>Defendant. | CASE NO. 23-CR-0428-JST<br><br>**JOINT STIPULATION CONCERNING RESTITUTION PAYMENT CREDIT; [PROPOSED] ORDER** |

Sandeep Sahota and the United States, by and through counsel, hereby stipulate and agree as follows:

1. On November 6, 2026, Mr. Sahota was sentenced to 30 months imprisonment, 2 years supervised release, a $200 special assessment, and $38,829,382 in restitution. Dkt. No. 269.

2. On July 18, 2025, Jasbir Thandi, pleaded guilty to Counts One and Two of an Information charging him with engaging in the same schemes as charged in the Superseding Indictment. Dkt. No. 125. Mr. Thandi has agreed to pay $7,550,807 in restitution at least 30 days before sentencing. Dkt. No. 129 ¶ 9.

3. On October 15, 2026, this Court ordered Mr. Sahota to wire transfer the balance in a bank account for Hare & Archer LLC, a foreign corporation controlled by Mr. Sahota, at Capital Security Bank Ltd. in the Cook Islands (the "Account") to the Clerk of the Court. The Court further ordered the Clerk of the Court to accept an international wire from the Account and hold the funds in the Court Registry pending further order of the Court. Dkt. No. 254.

4. The Clerk of the Court received a $100 wire from the Account on November 2, 2026, and a $ 3,619,273.01 wire from the Account on November 18, 2026. The Clerk of the Court credited those amounts towards Mr. Sahota in the Court Registry. However, they have not yet been applied to restitution.

5. The Parties agree that the Court should now order that both wires, including any interest earned thereon, be deposited to Mr. Thandi's restitution obligation in the Court Registry pending his sentencing and until further order of the Court.

6. Undersigned counsel has provided government counsel with the opportunity to review this Stipulation and Proposed Order and has permission to file on their behalf.

**IT IS SO STIPULATED.**

//

DATED: November 19, 2026

Respectfully submitted,

CONRAD | METLITZKY | KANE LLP

*/s/ Miranda Kane*
MIRANDA KANE
JORDAN DICSKON

Attorneys for Defendant Sandeep Sahota

DATED: November 19, 2026

*/s/ Evan Mateer*
DAVID WARD
EVAN MATEER

Assistant United States Attorneys

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>SANDEEP SAHOTA,<br>Defendant. | CASE NO. 23-CR-0428-JST<br>**[PROPOSED] ORDER CONCERNING RESTITUTION PAYMENT CREDIT** |

Pursuant to the parties' joint stipulation, and for GOOD CAUSE SHOWN,

IT IS HEREBY ORDERED that the Clerk of the Court deposit the two international wires received from Capital Security Bank Ltd. in the amounts $100 and $ 3,619,273.01, and any interest earned thereon, toward the restitution obligation of Jasbir Thandi, a co-defendant in the above referenced case, in the Court Registry until Mr. Thandi's sentencing and further order of the Court.

**IT IS SO ORDERED.**

Dated: ______________________

______________________
HON. JON S. TIGAR
United States District Judge